103 So.2d 35

**A. KAHALLEY**

v.

**Alfred L. STAPLES et al., d/b/a Staples-Pake-Griffin.**

**1 Div. 725.**

Supreme Court of Alabama.

May 22, 1958.

Chason & Stone, Bay Minette, for petitioners.

J. B. Blackburn, Bay Minette, opposed.

COLEMAN, Justice.

Petition of Alfred L. Staples and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Kahalley v. Staples, 103 So.2d 30.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.